# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>              Petitioner,<br>v.<br><br>WARDEN RENEE BAKER, *et al.*,<br><br>              Respondents. | Case No. 3:19-cv-00594-MMD-WGC<br><br>ORDER |

Respondents filed an unopposed motion for extension of time. (ECF No. 11.) The Court finds good cause to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time is granted. (ECF No. 11.) Respondents have until March 23, 2020, to answer or otherwise respond to the petition for writ of habeas corpus in this case.[1]

DATED THIS 17th day of January 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Respondents requested a 60-day extension; however, that date falls on a weekend. For clarity, the Court sets the deadline on the following business day.