UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>                Petitioner,<br>    v.<br><br>WARDEN RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:19-cv-00594-MMD-WGC<br><br>ORDER |

This habeas matter is before the Court on Petitioner Justin Odell Langford's Motion to Extend Time. (ECF No. 15.) The motion seeks the same relief as the one he filed less than two weeks ago (*see* ECF No. 8), which the Court has already denied without prejudice as premature.[1] (ECF No. 14.)

It is therefore ordered that Langford's Motion to Extend Time (ECF No. 15) is denied as duplicative.

DATED THIS 23rd day of January 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court cautions Langford that filing multiple motions requesting the same relief is an abusive litigation tactic that taxes the resources of the Court and all the parties to this lawsuit. Rule 11 of the Federal Rules of Civil Procedure provides that sanctions may be imposed on an unrepresented party who signs a paper that is either filed with the Court for an improper purpose or is frivolous. *See Nugget Hydroelectric, L.P. v. Pacific Gas & Elec. Co.*, 981 F.2d 429, 439 (9th Cir. 1992) (upholding Rule 11 sanctions where a *pro se* party's second motion to compel largely duplicated the first). Once a motion is filed, filing a duplicate motion will not speed up the Court's review of a movant's request since motions are generally addressed in the order which they were filed. To the contrary, filing duplicate motions increases the Court's workload and generally delays decision while a new round of responses and reply deadlines run.