# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>                Petitioner,<br>v.<br><br>WARDEN RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:19-cv-00594-MMD-WGC<br><br>ORDER |

This habeas matter is before the Court on Respondents' third motion for enlargement of time. (ECF No. 23.) Petitioner Justin Odell Langford opposes the motion. (ECF No. 24.)

Respondents third motion requests an additional 30 days to respond to the petition because counsel has been unable with due diligence to timely complete the answer. (ECF No. 23 at 2.) Counsel represents that she is currently working from home pursuant to Nevada Governor Steve Sisolak's stay at home order (*Id.*) However, varying levels of network access have impacted her ability to adequately respond to the Langford's petition for writ of habeas corpus (ECF No. 5). (*Id.*) The Court finds that Respondents' motion presents good cause for the extension. *See* LR IA 6-1; LR 26-4.

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 23) is granted. Respondents have until May 22, 2020, to answer or otherwise respond to the petition for writ of habeas corpus.

DATED THIS 21st day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE