# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>        Petitioner,<br> v.<br><br>WARDEN RENEE BAKER, *et al.*,<br><br>        Respondents. | Case No. 3:19-cv-00594-MMD-WGC<br><br>ORDER |

   This habeas matter is before the Court on Respondents' Motion for Enlargement of Time (ECF No. 31), filed May 22, 2020. The motion seeks additional time for Respondents to file the index of exhibits and corresponding exhibits in support of their Motion to Dismiss (ECF No. 30). Earlier today, Respondents filed the index and corresponding exhibits. (ECF Nos. 32-49.)

   Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 31) is granted *nunc pro tunc*. In light of this extension, the deadline for Petitioner Justin Odell Langford to respond to the Motion to Dismiss (ECF No. 30) is also extended until June 9, 2020.

   DATED THIS 27th day of May 2020.

                               _____
                               MIRANDA M. DU
                               CHIEF UNITED STATES DISTRICT JUDGE