UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>WARDEN RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:19-cv-00594-MMD-WGC<br><br>ORDER |

Before the Court is Respondents' motion for enlargement of time (first request). (ECF No. 56). The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 56) is granted. Respondents have until July 2, 2020,[1] to file a reply in support of the motion to dismiss (ECF No. 30).

DATED THIS 10th day of June 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Respondents requested an extension until July 3, 2020; however, the Independence Day holiday will be observed on that date. For clarity, the Court sets the deadline on the preceding business day. *See* Fed. R. Civ. P. 6(a)(3).