UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>                          Petitioner,<br>        v.<br><br>WARDEN RENEE BAKER, *et al.*,<br><br>                          Respondents. | Case No. 3:19-cv-00594-MMD-CSD<br><br>ORDER |

Respondents seek an extension of time to file their answer to Langford's petition for writ of habeas corpus. (ECF No. 103.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' first motion for enlargement of time (ECF No. 103) is granted. Respondents have until August 19, 2022, to file their answer to Langford's petition for writ of habeas corpus.

DATED THIS 14th Day of July 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE