UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| JUSTIN ODELL LANGFORD,<br><br>Petitioner,<br>v.<br><br>WARDEN RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00594-MMD-CSD<br><br>ORDER |
|---|---|

Respondents seek an enlargement of time of 46 days to file their answer to Langford's petition for writ of habeas corpus. (ECF No. 107 ("Motion").) The Court finds that the request is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant Respondents' Motion.

It is therefore ordered that Respondents' second motion for enlargement of time (ECF No. 107) is granted. Respondents have until October 4, 2022, to file their answer to Langford's petition for writ of habeas corpus.

DATED THIS 18th Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE