# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN ODELL LANGFORD, | Case No. 3:19-cv-00594-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner Justin Odell Langford seeks an extension of time to file his amended petition for writ of habeas corpus. (ECF No. 116.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Langford's motion.

It is therefore ordered that Langford's unopposed first motion for enlargement of time (ECF No. 116) is granted. Langford has until May 15, 2023, to file his amended petition for writ of habeas corpus.

DATED THIS 14th Day of February 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE