UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>WARDEN RENEE BAKER, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:19-cv-00594-MMD-CSD<br><br>ORDER |

Petitioner Justin Odell Langford seeks an extension of time to file his amended petition for writ of habeas corpus. (ECF No. 120.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed third motion for enlargement of time (ECF No. 120) is granted. Petitioner has until July 28, 2023, to file his amended petition for writ of habeas corpus.

DATED THIS 25th Day of July 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE