UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>                      Petitioner,<br>v.<br><br>WARDEN RENEE BAKER, *et al.*,<br><br>                      Respondents. | Case No. 3:19-cv-00594-MMD-CSD<br><br>ORDER |

Respondents seek an extension of time to file their response to Petitioner's first amended petition for writ of habeas corpus. (ECF No. 126.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 126) is granted. Respondents have until November 9, 2023 to file their response to the first amended petition for writ of habeas corpus.

DATED THIS 28th Day of September 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE