UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>                        Petitioner,<br>    v.<br>WARDEN RENEE BAKER, *et al.*,<br><br>                        Respondents. | Case No. 3:19-cv-00594-MMD-CSD<br><br>ORDER |

Respondents seek an extension of time to file their response to Petitioner's motion for discovery. (ECF No. 131.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' first motion for enlargement of time (ECF No. 131) is granted. Respondents have until November 10, 2023 to file their response to Petitioner's motion for discovery.

DATED THIS 3rd Day of November 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE