UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

JUSTIN ODELL LANGFORD,

Petitioner,

v.

WARDEN RENEE BAKER, *et al.*,

Respondents.

Case No. 3:19-cv-00594-MMD-CSD

ORDER

Respondents seek an extension of time to file their response to Petitioner's motion for discovery and to file their motion to dismiss. (ECF No. 135.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' third motion for enlargement of time (ECF No. 135) is granted. Respondents have until December 15, 2023 to file their response to Petitioner's motion for discovery and to file their motion to dismiss.

DATED THIS 11th Day of December 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE