UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUSTIN ODELL LANGFORD,<br><br>　　　　　　　Petitioner,<br>v.<br>WARDEN RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00594-MMD-CSD<br><br>ORDER |

　　　Respondents seek an extension of time to file their response to Petitioner's motion for discovery and to file their motion to dismiss. (ECF No. 138.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

　　　It is therefore ordered that Respondents' fourth motion for enlargement of time (ECF No. 138) is granted *nunc pro tunc*.

　　　DATED THIS 5th Day of January 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE