UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JUSTIN ODELL LANGFORD,

                                    Petitioner,

        v.

WARDEN RENEE BAKER, *et al.*,

                                    Respondents.

Case No. 3:19-cv-00594-MMD-CSD

ORDER

Petitioner seeks an extension of time to file his reply in support of motion for discovery and to file his opposition to Respondents' motion to dismiss.[1] (ECF Nos. 159, 160, 161.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Petitioner's unopposed second and third motions for enlargement of time (ECF Nos. 159, 161) are granted. Petitioner has until April 29, 2024 to file his reply in support of his motion for discovery.

It is further ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 160) is granted.

DATED THIS 1st Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]On March 28, 2024, Petitioner filed a motion to stay case, or in the alternative, to extend time to file his opposition to Respondents' motion to dismiss, which the Court will address in due course.