UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| JUSTIN ODELL LANGFORD, | Case No. 3:19-cv-00594-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN RENEE BAKER, *et al.*, | |
| Respondents. | |

This habeas action is brought by Petitioner Justin Odell Langford under 22 U.S.C. § 2254. On May 30, 2024, the Court granted Langford's Motion to Stay case pending exhaustion of his unexhausted claims. (ECF No. 170.) In September 2025, the state appellate court issued a remittitur. (ECF No. 173-13.) Langford now moves to reopen these federal habeas proceedings. (ECF No. 172.) Respondents did not file an opposition to Langford's motion to reopen and the time to do so has expired.

It is therefore ordered that Petitioner's Motion to Reopen (ECF No. 172) is granted. As the stay is lifted by this Order, the Clerk of the Court is kindly directed to reopen this action.

It is further ordered that Respondents will have 60 days from the date of entry of this order to answer the petition.

It is further ordered that Langford will have 30 days following service of the answer to file and serve a reply. If any motion is filed, the parties will brief the motion in accordance with Rules 7-2 and 7-3 of the Local Rules of Practice.

It is further ordered that in any answer filed on the merits, Respondents must specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

It is further ordered that any additional state court record and related exhibits must

be filed in accordance with the Court's Local Rules and include a separate index identifying each additional exhibit by number or letter. *See* LR IA 10-3; LR IC 2-2; LSR 3-3. The index must be filed in CM/ECF's document upload screen as the base document to receive the base docket number (*e.g.*, ECF No. 10).  Each exhibit will then be filed as "attachments" to the base document—the index—to receive a sequenced sub-docket number (*e.g.*, Exhibit A (ECF No. 10-1), Exhibit B (ECF No. 10-2), Exhibit C (ECF No. 10-3), and so forth). If the exhibits will span more than one filing, the base document in each successive filing must be either a copy of the index or volume cover page. *See* LR IC 2-2(a)(3)(A).

It is further ordered that notwithstanding LR IC 2-2(g), paper copies of any electronically filed exhibits—for this case—*need not* be provided to chambers or the staff attorney, unless later directed by the court.

DATED THIS 9th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE