UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| JUSTIN ODELL LANGFORD, | Case No. 3:19-cv-00594-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| WARDEN RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their response to Petitioner's First Amended Petition. (ECF No. 177.) The Court finds that the request is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 177) is granted. Respondents have until August 7, 2026, to file their response.

DATED THIS 25th Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE