UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

JUSTIN ODELL LANGFORD,

Petitioner,

v.

WARDEN RENEE BAKER, *et al.*,

Respondents.

Case No. 3:19-cv-00594-MMD-CSD

ORDER

Respondents seek an extension of time to file their response to Petitioner's First Amended Petition. (ECF No. 179.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 179) is granted. Respondents have until September 21, 2026, to file their response.

DATED THIS 15th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE